LEGAL MAIL PROVIDED TO FLORIDA STATE PRISON ON DEC 10 2013 FOR MAILING INMATES INITIALS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

JACOB HENRY BARRETT,
    Plaintiff Pro Se,

vs.

MAX WILLIAMS, ET AL,
    Defendants

CASE NO. 6:11-CV-06358-HZ

MOTION FOR APPOINTMENT OF COUNSEL

## MOTION

Pursuant to 28 U.S.C. § 1915(e)(1) plaintiff moves for an order appointing counsel to represent him in further proceedings. In support of this motion, plaintiff states:

(1) Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

(2) Plaintiff is an Oregon Department of Corrections (ODOC) prisoner housed in the Florida Department of Corrections (FDOC) pursuant to the Interstate Corrections Compact (ICC) (ORS 421.245 to ORS 421.250). Plaintiffs imprisonment will greatly limit plaintiffs ability to litigate.

(3) Plaintiff has to obtain all legal materials, case law and research materials from the ODOC. Obtaining copies can often take 30 to 45 days.

(4) The court has already ruled on the defendants Summary Judgment and defendants do not wish to settle and want to proceed to trial on the remaining issues and relief. Counsel would better enable plaintiff to present evidence and cross examine witnesses

(5) Plaintiff is unable to obtain counsel in Oregon or contact counsel to obtain a lawyer to represent plaintiff on this case.

Wherefore, plaintiff requests this court to request counsel on its volunteer and/or Pro Bono counsel lists to represent plaintiff.

Dated this 10 day of December, 2013

Jacob Barrett,
Plaintiff Pro Se

<u>Certificate of Service and Mailing</u>

I, Jacob Barrett, swear under the penalty of perjury that I served a true copy of the:

Motion for Appointment of Counsel

on the 10 day of December, 2013, by first-class postage paid mail through the established prison mailing system to:

Oregon Attorney General
1162 Court Street NE
Salem, OR 97301

Dated this 10 day of December, 2013

_____
Jacob Barrett
Plaintiff Pro Se