Jacob Barrett

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**JACOB BARRETT**  Case No.: 6:11–cv–06358–HZ
**Plaintiff(s),**

v.                                          **PRO BONO APPOINTMENT**
                                            **RESPONSE FORM**
**MAX WILLIAMS, et al.**
**Defendant(s).**

_____ /

In response to the Court's Order Appointing Pro Bono Counsel, I hereby certify that:

☐ Representation of Jacob Barrett for all purposes is accepted. If appropriate, a Substitution of Counsel will be filed to designate the responsible attorney continuing as counsel of record.

☐ Termination of this appointment is requested based on the following conflict of interest:

_____

_____

☒ No conflict of interest exists. However, termination of this appointment is requested for the following reason(s):

My current case load does not allow adequate time to properly represent Mr. Barrett.

**DATED** this  5th  day of  March  2014 .

/s/David T. Johnson
Signature
David T. Johnson OSB#123553
Printed Name and Oregon State Bar No.

Case 6:11-cv-06358-HZ   Document 110   Filed 03/05/14   Page 2 of 2   Page ID#: 606